IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **DUNSTON BROWN and JOSEPHINE BROWN,** : : : **Plaintiffs,** : : v. : **JOHNNY RAY SPELLS, JOHNNY'S TOWING INC., and ENTERPRISE LEASING COMPANY OF GEORGIA, LLC,** : : **Defendants.** : | Civil Action No. 7:11-cv-91 (HL) |

_____

## ORDER

Before the Court is a Motion for Dismissal brought by Defendant Enterprise Leasing Company of Georgia, LLC ("Enterprise"). Enterprise has requested to be dismissed as a defendant in this action on the grounds that it has settled with the Plaintiffs for an undisclosed amount. According to Enterprise, a release and settlement agreement between the parties has been completed.

Since the claims against Enterprise have been settled, the Court grants Enterprise's Motion and orders that Enterprise be dismissed from this action with prejudice.

**SO ORDERED**, this 9th day of January, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr